UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MELBA HARRIS,

        Plaintiff,

v.

DELTA AIR LINES, INC.,

        Defendant.
                                     /

Case No. 2:21-cv-11439

HONORABLE STEPHEN J. MURPHY, III

**ORDER GRANTING IN PART AND
DENYING IN PART JOINT MOTION TO EXTEND [9]**

The Court issued a scheduling order in October 2021 that allowed for the discovery period to end in September 2022. ECF 8. The parties jointly moved to extend the scheduling order, discovery, and dispositive motions deadlines eight months. ECF 9. If the Court were to grant the motion, the discovery period would take up the better portion of two years.

While the parties represent that they have been diligent and have scheduled mediation for May 2023, the Court finds the requested lengthy discovery period unnecessary in a case that involves one instance of injury to a single plaintiff. ECF 9, PgID 61–63. *See generally* ECF 1. The Court will therefore grant in part and deny in part the motion. While the Court will grant an extension, the discovery cutoff will now be no later than March 15, 2023 and dispositive motions will now be due no later than April 14, 2023. The Court will not grant any further extension of either the discovery deadline or the dispositive motions deadline. For the expert disclosure

1

deadline, the parties should agree on dates for proponent and rebuttal disclosures within the above parameters. The Court will adjourn the final pretrial conference and trial dates and reschedule the dates after the Court resolves any dispositive motions.

**WHEREFORE**, it is hereby **ORDERED** that the joint motion to extend [9] is **GRANTED IN PART AND DENIED IN PART**.

**IT IS FURTHER ORDERED** that the discovery deadline is **EXTENDED** to **no later than March 15, 2023** and the dispositive motions deadline is **EXTENDED** to **no later than April 14, 2023**. The final pretrial conference and trial dates are **ADJOURNED**.

**SO ORDERED.**

                                            s/ Stephen J. Murphy, III
                                            STEPHEN J. MURPHY, III
                                            United States District Judge

Dated: May 10, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 10, 2022, by electronic and/or ordinary mail.

                                            s/ David P. Parker
                                            Case Manager