# EXHIBIT B





HARRIS000053