# EXHIBIT C

Individual Flight Display (ckflt9.asp)



DL Flight 276 for 02/09/2020

◀ Previous Day   Next Day ▶

| Actual LOF Seq Nbr | Sched LOF Seq Nbr | Flt Nbr | Depart Code | Arrival Code | Sched Depart | Sched Arrival | Actual OUT | Actual OFF | Actual ON | Actual IN | Est Arrival | Est Depart | Ship Nbr | Eqp | Oper | DprtGT | ArrGT | Dprt St | Arrv St | Reinst | Cxl | NOOP | Dvrtd | Stub | ADD | Rtnd | Eqp Chg | History | Rng Typ | Flt Typ Ext | Add Rsn Cd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 276 | NRT | DTW | 02/09 16:35 | 02/09 14:20 | 02/09 16:25 | 02/09 16:43 | 02/09 13:27 | 02/09 13:34 | 02/09 13:33 | 02/09 16:25 | 003503 | 359 | Y | 22 | A34 | Complete(12) | Complete(12) | | | | | | | | | Show | NML | MCS | SCH |

## Flight

| Flt Orig Date | Arln Code | Flt# | Flt Type | S-LOF | A-LOF | Sch Line of Flight | Actl Line of Flight | Stub Flt# | Stub Arpt |
|---|---|---|---|---|---|---|---|---|---|
| 20200209 | DL | 276 | N | 1 | 1 | NRT 01DTW | NRT 01DTW | | |

Send mail to IT Services Support with questions or comments about this web site.

© 2004-2020 Delta Air Lines, Inc. | Information Technology. All rights reserved.

Last modified: Tuesday, November 6, 2018

These reports have not been audited and do not represent the officially reported corporate performance data.

DELTA000110

http://opsdata.delta.com/scripts/ckflt9c.asp[2/25/2020 3:09:40 PM]

CONFIDENTIAL