# EXHIBIT E

## Coffee Makers/Water Boiler

| Remember the following about coffee makers/water boilers: |
|---|
| • Raise the brew handle and remove the brew cup. Verify that the brew cup is clean and free of coffee grounds. Place a pillow pack, seam down, on top of the screen in the brew cup. Do not fold corners of pack. Press the Brew button. Brewing will occur only when the water is within the set maximum nominal operating range of approximately 188° F to 196° F (86° C to 91° C).<br>*NOTE:* When coffee pack is placed too tightly in brewing pan or coffee maker malfunctions, it may cause water to overflow due to pressure build-up of air and water. |
| • If pressure build-up occurs and water overflows, do not lift handle or pull out brewing pan. Immediately turn off coffee maker and wait 3-4 minutes before pulling out brewing pan. Notify other FAs and document in EFM.<br> If handle is lifted before pressure is released, hot coffee grounds may spew out and cause injury. |
| • **Endura coffee makers** use a plastic optical sensor to detect liquid level in pot. Ensure the pot is centered on hot plate before closing handle. If handle is forced down with pot not centered, the metal pot can crack optical sensor and damage it. |
| • **Water Boiler:** Press the POWER button to start the preheat cycle to heat water in the tank. When the water temperature is in the 180 °F to 196 °F (82 °C to 91 °C) range, the READY light on the front panel illuminates. Water is dispensed from the faucet through the aerator. Water flow is initiated by pulling the faucet handle. Use caution when pulling on the faucet handle. |

## Disposable Service Items (FAR 121.577)

REDACTED


