# EXHIBIT F



# International Main Cabin
## 76D/L/T/Z, 777/77B, 332/333 – Service Standards
### 5 Flight Attendants

**Service Standards. Every Day. Every Flight.**

- REDACTED



- Deliver all services per the published service standards, simultaneously in both aisles, from carts, FWD to AFT

REDACTED



DELTA000121
CONFIDENTIAL