# EXHIBIT H

# RAMSEY J. CHOUCAIR, M.D.

PLASTIC AND RECONSTRUCTIVE SURGERY

January 2, 2023

Tim O'Connell
Taft
27777 Franklin Rd., Suite 2500
Southfield, MI 48034

RE:  Harris v Delta Airlines, Inc.
Case No. 21 – CV – 11439

Dear Mr. O'Connell:

As per your request,  I am including the following report outlining my review of injuries
sustained to Melba Harris. In preparation for my comments I have reviewed the following
information:  complaint and demand for jury trial, plaintiff's response and exhibits, medical
records from Henry Ford Health System, Beaumont Urgent Care, Jonathan J. Keene, MD,
Michael Joseph Bushito,MD, and deposition transcripts of Michael Joseph Bushito, MD and
Melba Harris.

Melba Harris sustained a partial thickness burn injury on February 9, 2020 when hot coffee
spilled on her left upper thigh.  Ms. Harris received appropriate local wound care to treat the
burn injury which ultimately healed without surgical intervention.

It is not unusual or unexpected for a second-degree burn to occur within seconds from a hot
beverage served at normally accepted temperatures.

Melba Harris will have permanent scarring of the left upper thigh secondary to the burn injuries
sustained on February 9, 2020. Based upon the available medical information,  the scar is
characterized with texture and pigment irregularities.

There is no indication that surgical intervention will improve the burn scar.  Non surgical
modalities such as intense pulsed light or photo facial treatments to improve the texture and
pigment irregularities may not be accurately recommended without a current history and physical
examination.

I reserve the opportunity to amend my comments if further information becomes available.

I base my opinions and recommendations on my background as a plastic and reconstructive surgeon with over thirty two years of direct patient care for acute and reconstructive burn injuries. I currently practice plastic and reconstructive surgery and continue to care for acute burn injuries and perform reconstructive procedures for burn scar contractures. I have extensive experience in dealing with the early, acute phase of burn injury including the excision of acute burns, applications of skin grafts in the early burn phase, debridement of burn wounds, and management of pain in early and late burn injury and the long term management of severe burn injuries.

I am currently certified by the American Board of Plastic Surgery. I completed a five year residency in general surgery at the University of Texas Southwestern Medical School leading to Board Certification by the American Board of Surgery. I also completed an accredited plastic surgery residency at the Ohio State University and a post residency fellowship in reconstructive burn surgery at Harvard Medical School, the Massachusetts General Hospital, and Shriners Hospital for Children in Boston.

I have managed patients in the burn unit at the University of Texas Southwestern Medical School Parkland Memorial Hospital, Ohio State University Medical Center Burn Unit, and the Shriners Hospital for Children in Boston, Massachusetts where I have personally performed over one thousand five hundred reconstructive procedures following burn injury. I served on the plastic surgery faculty at Harvard Medical School from 1991-1998. I am currently on the plastic surgery faculty at the University of Texas Southwestern Medical School (1999-present).

I hope the above information is helpful. Please contact me if you require further detailed information.

Sincerely,

Ramsey J. Choucair, M.D.